IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC, <br><br> Plaintiff, <br><br> v. <br><br> AIR OCEAN LAND SOLUTIONS, INC., d/b/a YOURFREIGHTQUOTES.COM; BMX LOGISTICS LLC, d/b/a BESTPRICEFREIGHTQUOTE.COM; and DAN M. BOAZ, individually and d/b/a FREIGHTQUOTECENTER.COM, <br><br> Defendants. | Civil Action No. 09-cv-346 <br><br> Judge Shadur <br> Magistrate-Judge Schenkier |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT ORDER**

Plaintiff Freighquote.com, Inc. and Defendant Freight & Shipping, Inc. have agreed to a settlement of this Civil Action and request that the Court approve and enter the Consent Judgment Order which has been executed by said parties and is attached hereto. No claims are dismissed as to any other Defendant.

The Consent Judgment Order will be submitted to the Court via email pursuant to the procedures for electronic filing.

Respectfully submitted,

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. | /s/ Karl S. Sawyer, Jr. |
| Raymond P. Niro, Jr. | *signed with permission* |
| NIRO, SCAVONE, HALLER & NIRO | Karl S. Sawyer, Jr. |
| 181 West Madison, Suite 4600 | K&L Gates LLP |
| Chicago, Illinois 60602 | Hearst Tower, 47th Floor |
| (312) 236-0733 | 214 North Tryon Street |
| Fax: (312) 236-3137 | Charlotte, NC 28202 |
| rnirojr@nshn.com | (704) 331 5792 |
| | Fax (704) 353 3692 |
| Attorneys for Freightquote.com, Inc. | |
| | Attorneys for Air Ocean Land Solutions, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, I caused the foregoing JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| *Counsel for AOLS* | *Counsel for BMX* |
| Karl S. Sawyer, Jr. | James M. Hinshaw |
| K&L Gates LLP | BINGHAM MCHALE LLP |
| Hearst Tower, 47th Floor | 2700 Market Tower |
| 214 North Tryon Street | 10 West Market Street |
| Charlotte, NC 28202 | Indianapolis, IN 46204 |
| karl.sawyer@klgates.com | jhinshaw@binghammchale.com |
| | |
| Daniel C. Murray | David A. Johnson |
| Johnson & Bell, Ltd. | Smith Amundsen LLC |
| 33 W. Monroe St., Suite 2700 | 150 N. Michigan Avenue, Suite 3300 |
| Chicago, IL 60603-5404 | Chicago, IL 60601 |
| murrayd@jbltd.com | djohnson@salawus.com |

I also certify that on this date I caused a copy of the Consent Judgment Order to be submitted to Judge Shadur and copied to the above-listed counsel via electronic transmission.

                                                        /s/ Raymond P. Niro, Jr.
                                                    Raymond P. Niro, Jr.
                                                    NIRO, SCAVONE, HALLER & NIRO
                                                    Attorney for Plaintiff