# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 346 | **DATE** | 3/3/2009 |
| **CASE TITLE** | Freightquote.com, Inc. Vs. Air Ocean Land Solutions, Inc., et al | | |

**DOCKET ENTRY TEXT**

Joint motion to approve consent judgment is granted. (21-1) Enter Consent Judgment. This action between Plaintiff and BMX are hereby dismissed with prejudice. Enter Consent Judgment. This action between Plaintiff and Air Ocean Land Solutions is dismissed with prejudice. Plaintiff's oral motion to dismiss defendant Dan M. Boaz without prejudice is granted.

■ [ For further detail see separate order(s).]　　　Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|